IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM LEONARD PICKARD, | ) | |
| Plaintiff(s), | ) | No. C 06-0185 CRB (PR) |
| v. | ) | ORDER |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | (Doc # 15) |
| Defendant(s). | ) | |

Plaintiff's various discovery requests (see, e.g., doc # 15) are DENIED as premature. The court will not entertain discovery motions/requests unless the parties first comply with the meet-and-confer requirements of the Federal Rules of Civil Procedure and the Court's Local Rules. See, e.g., Fed. R. Civ. P. 37(a) (motion to compel must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action); Civ. L. R. 37-1 (same). In view of plaintiff's incarceration, the parties may satisfy the meet-and-confer requirements by letter or telephone conversation. Cf. Civil L. R. 1-5(n) ("meet and confer" or "confer" means to communicate directly and discuss in good faith the issue(s); mere sending of a written, electronic or voice-mail communication

does not satisfy a requirement to "meet and confer" or to "confer;" requirement can be satisfied only through direct dialogue and discussion – either in a face to face meeting or in a telephone conversation).

SO ORDERED.

DATED: July 20, 2006

CHARLES R. BREYER
United States District Judge

2