IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEONARD PICKARD,<br><br>    Plaintiff(s),<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant(s). | No. C 06-0185 CRB (PR)<br><br>ORDER<br><br>(Docs # 17 & 18) |

Per order filed on July 20, 2006, the court denied various discovery requests of plaintiff's as premature. The court explained that it will not entertain discovery motions/requests unless the parties first comply with the meet-and-confer requirements of the Federal Rules of Civil Procedure and the Court's Local Rules. See July 20, 2006 Order at 1-2 (citing Fed. R. Civ. P. 37(a) & L. R. 37-1). For essentially the same reason, plaintiff subsequent discovery requests (see, e.g., docs # 17 & 18) are DENIED as premature as well.

SO ORDERED.

DATED: August 21, 2006

CHARLES R. BREYER
United States District Judge