1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LEONARD PICKARD,    )
                                      )
           Plaintiff(s),            )        No. C 06-0185 CRB (PR)
                                        )
   v.                             )        ORDER
                                        )
UNITED STATES DEPARTMENT    )
OF JUSTICE,                     )
                                        )
          Defendant(s).        )
                                        )

     On August 23, 2007, the court received and filed plaintiff's opposition to defendant's motion for summary judgment.  Defendant shall file a reply within 15 days of this order.

SO ORDERED.

DATED:  August 27, 2007                     
                              CHARLES R. BREYER
                              United States District Judge

G:\PRO-SE\CRB\OTHER.06\Pickard1.or5.wpd