MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WILLIAM LEONARD PICKARD, | ) | C 06-0185 CRB |
|     Plaintiff, | ) | **DEFENDANT'S [PROPOSED] ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
|     v. | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
|     Defendant. | ) | |

Pursuant to Civil L.R. 3-12 and 7-11, defendant Department of Justice filed an administrative motion to consider whether this action, <u>Pickard v. Department of Justice</u>, C 06-0185 CRB, should be related to a later-filed action, <u>Pickard v. Department of Justice</u>, C 10-5253 LB. Based on consideration of the criteria set forth in Civil L.R. 3-12(a), the court concludes that the cases ~~ARE~~ ARE NOT related.

**IT IS SO ORDERED.**

DATED: Feb. 9, 2011

                                      _____
                                      HONORABLE CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

DEF.'S [PROPOSED] ORDER RE DEF.'S ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
C 06-0185 CRB