IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LEONARD PICKARD, )
          Plaintiff(s), )    No. C 06-0185 CRB (PR)
    vs. )    ORDER SETTING BRIEFING
UNITED STATES DEPARTMENT )    SCHEDULE
OF JUSTICE, )
          Defendant(s). )

Defendant has indicated that it intends to file a second motion for summary judgment in this action under the Freedom of Information Act, 5 U.S.C. § 522 (FOIA). In order to expedite these proceedings, defendant shall file said second motion for summary judgment (or other dispositive motion) by no later than March 30, 2012; plaintiff shall file an opposition by no later than April 30, 2012; and defendant shall file a reply by no later than May 15, 2012.

SO ORDERED.

DATED: Jan. 4, 2012

                                      CHARLES R. BREYER
                                      United States District Judge

G:\PRO-SE\CRB\OTHER.06\Pickard, W.06-0185.or7.wpd