1  Mark Rumold (SBN 279060)
2  901 Cortland Ave. Apt B
   San Francisco, CA 94110
   (415)694-1639
3  mark.rumold@gmail.com

4  Attorney for Plaintiff
   William Pickard
5

6  MELINDA HAAG (CSBN 132612)
   United States Attorney
7  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
8  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
9
           450 Golden Gate Avenue, Box 36055
10         San Francisco, California 94102-3495
           Telephone: (415) 436-7155
11         FAX: (415) 436-6927
           neill.tseng@usdoj.gov
12
   Attorneys for Defendant
13 UNITED STATES DEPARTMENT OF JUSTICE

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17 WILLIAM PICKARD,                    )  C 06-00185 CRB
                                       )
18                     Plaintiff,      )  **STIPULATION REGARDING**
                                       )  **SUMMARY JUDGMENT BRIEFING**
19             v.                      )  **SCHEDULE; [PROPOSED] ORDER**
                                       )
20 UNITED STATES DEPARTMENT OF         )
   JUSTICE,                            )
21                                     )
                       Defendant.      )
22 _____)

23     Subject to the approval of the Court, the parties hereby stipulate to modify the summary

24 judgment briefing schedule and set a hearing date as follows:

25     On January 6, 2012, the Court entered a briefing schedule for defendant's second motion

26 for summary judgment. (Doc. #136.) At the time the schedule was entered, plaintiff was

27 unrepresented and it was not anticipated that plaintiff would file a cross-motion for summary

28 judgment. Since then, plaintiff has retained counsel, who recently informed defendant that

STIP. REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER
C 06-00185 CRB

plaintiff wishes to file a cross-motion for summary judgment. To accommodate plaintiff's cross-motion, the parties have stipulated to modify the briefing schedule and set a hearing date as follows:

March 30, 2012: Deadline for filing defendant's second motion for summary judgment (1 brief, 25-page limit)

April 30, 2012: Deadline for filing plaintiff's cross-motion for summary judgment and opposition to defendant's second motion for summary judgment (1 brief, 25-page limit)

May 30, 2012: Deadline for filing defendant's reply brief and opposition to plaintiff's cross-motion for summary judgment (1 brief, 25-page limit)

June 15, 2012: Deadline for filing plaintiff's reply brief (1 brief, 15 page limit)

July 13, 2012: Hearing on parties' cross-motions for summary judgment

DATED: 2/29/2012       By: _____
                           MARK RUMOLD
                           Attorney for Plaintiff

MELINDA HAAG
United States Attorney

DATED: 2/29/12         By: _____
                           NEILL T. TSENG
                           Assistant United States Attorney
                           Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:                     _____
                           HONORABLE CHARLES R. BREYER
                           UNITED STATES DISTRICT JUDGE

STIP. REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER
C 06-00185 CRB                          2