| | |
|---|---|
| 1 | Mark Rumold (SBN 279060) |
| 2 | 901 Cortland Ave. Apt B<br>San Francisco, CA 94110<br>(415)694-1639 |
| 3 | mark.rumold@gmail.com |
| 4 | Attorney for Plaintiff<br>William Pickard |
| 5 | |
| 6 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 7 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 8 | NEILL T. TSENG (CSBN 220348)<br>Assistant United States Attorney |
| 9 | |
| 10 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 11 | Telephone: (415) 436-7155<br>FAX: (415) 436-6927 |
| 12 | neill.tseng@usdoj.gov |
| 13 | Attorneys for Defendant<br>UNITED STATES DEPARTMENT OF JUSTICE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WILLIAM PICKARD, | ) | C 06-00185 CRB |
| | ) | |
| Plaintiff, | ) | **STIPULATION REGARDING** |
| | ) | **SUMMARY JUDGMENT BRIEFING** |
| v. | ) | **SCHEDULE; [PROPOSED] ORDER** |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

Subject to the approval of the Court, the parties hereby stipulate to modify the summary judgment briefing schedule and set a hearing date as follows:

On January 6, 2012, the Court entered a briefing schedule for defendant's second motion for summary judgment. (Doc. #136.) At the time the schedule was entered, plaintiff was unrepresented and it was not anticipated that plaintiff would file a cross-motion for summary judgment. Since then, plaintiff has retained counsel, who recently informed defendant that

STIP. REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER
C 06-00185 CRB

1 | plaintiff wishes to file a cross-motion for summary judgment. To accommodate plaintiff's cross-
2 | motion, the parties have stipulated to modify the briefing schedule and set a hearing date as
3 | follows:
4 |     March 30, 2012: Deadline for filing defendant's second motion for summary judgment (1
5 | brief, 25-page limit)
6 |     April 30, 2012: Deadline for filing plaintiff's cross-motion for summary judgment and
7 | opposition to defendant's second motion for summary judgment (1 brief, 25-page limit)
8 |     May 30, 2012: Deadline for filing defendant's reply brief and opposition to plaintiff's
9 | cross-motion for summary judgment (1 brief, 25-page limit)
10 |     June 15, 2012: Deadline for filing plaintiff's reply brief (1 brief, 15 page limit)
11 |     July 13, 2012: Hearing on parties' cross-motions for summary judgment

DATED: 2/29/2012     By: _____
                                        MARK RUMOLD
                                        Attorney for Plaintiff

                                        MELINDA HAAG
                                        United States Attorney

DATED: 2/29/12     By: _____
                                        NEILL T. TSENG
                                        Assistant United States Attorney
                                        Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: March 1, 2012

IT IS SO ORDERED
Judge Charles R. Breyer

STIP. REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER
C 06-00185 CRB                             2