1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney

4      450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
5      Telephone:    (415) 436-6833
       Facsimile:    (415) 436-6748
6      Email:        katherine.dowling@usdoj.gov

7  Attorneys for Federal Defendant

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 WILLIAM LEONARD PICKARD,          )    C 06-0185 CRB
                                     )
12                  Plaintiff,       )
                                     )
13          v.                       )    **DECLARATION OF WILLIAM C.**
                                     )    **LITTLE, JR., IN SUPPORT OF**
14 DEPARTMENT OF JUSTICE,            )    **ADMINISTRATIVE MOTION TO FILE**
                                     )    **UNDER SEAL**
15                  Defendant.       )
   _____)

16

17         I, William C. Little, Jr., hereby make the following Declaration under penalty of perjury

18 pursuant to 28 U.S.C. § 1746.

19         The description of the records, contained in the *Vaughn* index of the information that is

20 potentially responsive to plaintiff's request related to Gordon Todd Skinner, quantifies and

21 qualifies the types, number and content of the records, and when they were created.  Release to

22 the public, or the ability to do so, of the Vaughn  would be a disclosure of information that is

23 protected from release by the Privacy Act, 5 U.S.C. § 552a and for which release is not required

24 by the Freedom of Information Act, 5 U.S.C. § 552.

25

26         I declare under the penalty of perjury that the foregoing is true and correct.

27

28

1

2
DATE

3

William C. Little, Jr., Senior Attorney
Office of Chief Counsel
Administrative Law Section
Drug Enforcement Administration
Washington, D.C.  20537

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRD SUPPLEMENTAL DECLARATION OF WILLIAM C. LITTLE, JR.
C 06-00185 CRB                                                2