| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | NEILL T. TSENG (CSBN 220348) |
| | Assistant United States Attorney |
| 4 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7155 |
| 6 | FAX: (415) 436-6927 |
| | neill.tseng@usdoj.gov |
| 7 | |
| | Attorneys for Defendant |
| 8 | UNITED STATES DEPARTMENT OF JUSTICE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WILLIAM PICKARD, | ) | C 06-00185 CRB |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing therefore, and pursuant to Civil L.R. 79-5, it is hereby ordered that Exhibit A to the Third Supp. Decl. of William C. Little, Jr., shall be filed under seal in its entirety.

DATED: _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
C 06-00185 CRB