Mark Rumold (SBN 279060)
901 Cortland Ave. Apt B
San Francisco, CA 94110
(415)694-1639
mark.rumold@gmail.com

Attorney for Plaintiff
William Pickard

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PICKARD,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                Defendant. | C 06-00185 CRB<br><br>**STIPULATION RE SERVICE OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL** |

1   The parties stipulate that, during the pendency of Defendant's Administrative Motion to
2   File Under Seal, filed on March 30, 2012, Defendant need not serve Plaintiff with the document
3   Defendant now seeks to file under seal. If the Court grants Defendant's Administrative Motion,
4   Defendant is obligated to serve Plaintiff with a copy of the document, subject to the Court's
5   sealing order; if the Court denies the Administrative Motion, Defendant is obligated to serve a
6   copy of any subsequent document which Defendant files in support of its Motion for Summary
7   Judgment.

10   DATED: 3/30/2012     By: _____
                              MARK RUMOLD
11                            Attorney for Plaintiff

13   MELINDA HAAG
     United States Attorney

14   DATED: 3/30/12       By: _____
15                            NEILL T. TSENG
                              Assistant United States Attorney
16                            Attorneys for Defendant

STIPULATION RE SERVICE OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL
C 06-00185 CRB                                    2