1  Mark Rumold (SBN 279060)
   901 Cortland Ave. Apt B
2  San Francisco, CA 94110
   (415)694-1639
3  mark.rumold@gmail.com

4  Attorney for Plaintiff
   William Pickard
5

6  MELINDA HAAG (CSBN 132612)
   United States Attorney
7  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
8  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
9
          450 Golden Gate Avenue, Box 36055
10        San Francisco, California 94102-3495
          Telephone: (415) 436-7155
11        FAX: (415) 436-6927
          neill.tseng@usdoj.gov
12
   Attorneys for Defendant
13 UNITED STATES DEPARTMENT OF JUSTICE

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17 WILLIAM PICKARD,                )   C 06-00185 CRB
                                   )
18              Plaintiff,         )   **STIPULATION RE SUMMARY**
                                   )   **JUDGMENT HEARING DATE;**
19         v.                      )   **[PROPOSED] ORDER**
                                   )
20 UNITED STATES DEPARTMENT OF     )
   JUSTICE,                        )
21                                 )
                Defendant.         )
22 _____ )

23

24

25

26

27

28

STIPULATION RE SUMMARY JUDGMENT HEARING DATE; [PROPOSED] ORDER
C 06-00185 CRB

1   Subject to the approval of the Court, the parties hereby stipulate as follows:

2   Pursuant to Doc. #147, the parties hereby stipulate that the hearing on the parties' cross-
3   motions for summary judgment will take place on August 17, 2012, at 10:00 a.m. in Courtroom
4   6, 17th Floor, 450 Golden Gate Ave, San Francisco, California, before the Honorable Charles R.
5   Breyer.

6
7
8   DATED: 4/30/2012         By:        /s/ Mark Rumold
                                        MARK RUMOLD
9                                       Attorney for Plaintiff

10
                                        MELINDA HAAG
11                                      United States Attorney

12
    DATED: 4/30/12           By:        [signature]
13                                      NEILL T. TSENG
                                        Assistant United States Attorney
14                                      Attorneys for Defendant

15

16  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

17
18
19  DATED:   May 1, 2012
                                        _____
20                                      HONORABLE CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California]*

STIPULATION RE SUMMARY JUDGMENT HEARING DATE; [PROPOSED] ORDER
C 06-00185 CRB                      2