Mark Rumold (SBN 279060)
901 Cortland Ave. Apt B
San Francisco, CA 94110
(415)694-1639
mark.rumold@gmail.com

Attorney for Plaintiff
William Pickard

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PICKARD,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | C 06-00185 CRB<br><br>**STIPULATION RE SUMMARY JUDGMENT BRIEFING SCHEDULE;** [PROPOSED] **ORDER** |

Subject to the approval of the Court, the parties hereby stipulate as follows:

Defendant's counsel is informed that DEA attorney William Little, who is the agency counsel in this case and the declarant supporting defendant's third motion for summary judgment, is out of the office this week for medical reasons and anticipates returning to work on June 25, 2012. Given Mr. Little's unavailability, defendant is unable to timely file its opposition to plaintiff's cross-motion for summary judgment/reply in support of defendant's third motion

STIPULATION RE SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER
C 06-00185 CRB

1  for summary judgment due on June 25, 2012.  Additionally, defendant's counsel will be on leave
2  and out of town beginning on June 26, 2012, returning to the office on July 5, 2012.
3  Accordingly, at defendant's request, the parties have stipulated to modify the remainder of the
4  summary judgment briefing schedule and hearing date as follows:
5      July 13, 2012: Deadline for filing defendant's reply brief and opposition to plaintiff's
6  cross-motion for summary judgment
7      July 30, 2012: Deadline for filing plaintiff's reply brief
8      August 31, 2012: Hearing on parties' cross-motions for summary judgment

11  DATED:  June 19, 2012         By:     /s/ Mark Rumold
12                                        MARK RUMOLD
                                          Attorney for Plaintiff

14                                        MELINDA HAAG
                                          United States Attorney

15  DATED:  6/19/12               By:     [signature]
16                                        NEILL T. TSENG
                                          Assistant United States Attorney
17                                        Attorneys for Defendant

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

22  DATED:  June 20, 2012                 _____
                                          HONORABLE CHARLES R. BREYER
23                                        UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION RE SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER
C 06-00185 CRB                            2