Mark Rumold (SBN 279060)
901 Cortland Ave. Apt B
San Francisco, CA 94110
(415)694-1639
mark.rumold@gmail.com

Attorney for Plaintiff
William Pickard

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6927
neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PICKARD, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | C 06-00185 CRB <br><br> **SECOND STIPULATION RE SUMMARY JUDGMENT BRIEFING SCHEDULE; [~~PROPOSED~~] ORDER** |

Subject to the approval of the Court, the parties hereby stipulate as follows:

The Court previously entered a stipulated order changing the summary judgment briefing schedule based on the absence from office due to medical reasons of DEA attorney William Little, who is the agency counsel in this case and the declarant supporting defendant's third motion for summary judgment. Mr. Little originally anticipated returning to work on June 25, 2012. However, defendant's counsel, who was himself out of office from June 26, 2012, until

SECOND STIP. RE SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER
C 06-00185 CRB

July 5, 2012, was informed by Mr. Little on July 10, 2012, that Mr. Little had been unable to work for the past three weeks due to medical reasons and had returned to the office on July 9, 2012.

Defendant anticipates filing a supplemental declaration by Mr. Little in support of defendant's opposition to plaintiff's cross-motion for summary judgment/reply in support of defendant's third motion for summary judgment. Given Mr. Little's unforeseen extended absence from work, however, defendant is unable to prepare and file that supplemental declaration or the associated opposition/reply brief by the current deadline of July 13, 2012. Accordingly, at defendant's request, the parties have stipulated to modify the remainder of the summary judgment briefing schedule and hearing date as follows:

July 23, 2012: Deadline for filing defendant's reply brief and opposition to plaintiff's cross-motion for summary judgment

August 20, 2012: Deadline for filing plaintiff's reply brief

September 28, 2012: Hearing on parties' cross-motions for summary judgment

DATED: July 11, 2012     By:     /s/ Mark Rumold
                                 MARK RUMOLD
                                 Attorney for Plaintiff

                                 MELINDA HAAG
                                 United States Attorney

DATED: July 11, 2012     By:     _____
                                 NEILL T. TSENG
                                 Assistant United States Attorney
                                 Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: July 12, 2012

                                 _____
                                 HONORABLE CHARLES R. BREYER
                                 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

SECOND STIP. RE SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER
C 06-00185 CRB                              2