# Exhibit 9

# Exhibit 9

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION  *(Continuation)* | 1. File No.  GFMG-03-4014 | 2. G-DEP Identifier  NGG3D |
|---|---|---|
| | 3. File Title SKINNER, Gordon Todd | |
| 4. Page 10 of 10 | | |
| 5. Program Code | 6. Date Prepared  07/17/03 | |

INDEXING

1.  SKINNER, Gordon Todd      NADDIS: 2002804

2.  COLE, Crystal Ann         NADDIS: 5141271

3.  GREEN, Brandon A.         NADDIS:  Pending

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.