**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 28, 2012**　　　　　　Time:  4 minutes

**C-06-00185** CRB

**WILLIAM LEONARD PICKARD**  v.  **DEPARTMENT OF JUSTICE**

Attorneys:　　Mark Rumold　　　　　　　　　　 Neill Tseng

Deputy Clerk: **BARBARA ESPINOZA**　　　　　Reporter:  **Kathy Wyatt**

**PROCEEDINGS:**　　　　　　　　　　　　　　　**RULING:**

1.  Motions for Cross Summary Judgment　　　　　　　　　　 Denied

2.

3.

**ORDERED AFTER HEARING:**

 Dept of Justice is to file the Vaughn Index within five (5) days which is not to be filed under seal

(  ) ORDER TO BE PREPARED BY:　Plntf ____　Deft ____　Court ____

(  ) Referred to Magistrate Judge for:

(  ) CASE CONTINUED TO ____　　　　　for ____

Discovery Cut-Off ____　　　　　　　Expert Discovery Cut-Off ____
Plntf to Name Experts by ____　　　　Deft to Name Experts by ____
P/T Conference Date ____　　Trial Date ____　　Set for ____ days
　　　　　　　　　　Type of Trial:  (  )Jury　  (  )Court

Notes: