MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6927
neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WILLIAM PICKARD,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

C 06-00185 CRB

**APPENDIX 2 (VAUGHN INDEX) TO DEFENDANT'S THIRD MOTION FOR SUMMARY JUDGMENT**

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 1 - 2
**DOCUMENT TYPE:** DEBRIEFING OF CS – DEA-6 & 6a PAGES 1 AND 2 OF 2

**DATE:** AUGUST 4, 1989

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2,4,10; NARRATIVE: PARA 1-2; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12 & 14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTIES |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

PAGE NUMBER: 3

DOCUMENT TYPE: 90-DAY DEBRIEFING – DEA-6

DATE: NOVEMBER 14, 1989

( ) RELEASED

( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 4
**DOCUMENT TYPE:** STATUS REPORT 90 DAY DEBRIEFING – DEA-6

**DATE:** February 14, 1990

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 6 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) (b)(7)(F) | NAME OF AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4,10; NARRATIVE: PARA 1,2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 5
**DOCUMENT TYPE:** 90 DAY DEBRIEFING OF CS – DEA-6

**DATE:** MAY 9, 1990

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; NARRATIVE PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER: 6
DOCUMENT TYPE: 90 DAY DEBRIEFING OF CS – DEA-6

DATE: AUGUST 2, 1990

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; NARRATIVE: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 7
**DOCUMENT TYPE:** Quarterly Review of CS – DEA-6

**DATE:** SEPTEMBER 28, 1990

( ) RELEASED
( X ) WITHHELD

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1,3-5 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; NARRATIVE; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 8
**DOCUMENT TYPE:** 90 DAY DEBRIEFING OF CS -- DEA 6

**DATE:** NOVEMBER 7, 1990

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; NARRATIVE: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 9

**DOCUMENT TYPE:** Quarterly Review of CS -- DEA 6 PAGE 1 OF 1

**DATE:** JANUARY 3, 1991

( ) RELEASED
( X ) WITHHELD

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1,3-5 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; DETAILS; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER: 10
DOCUMENT TYPE: 90 DAY DEBRIEFING OF CS – DEA 6

DATE: FEBRUARY 7, 1991

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; NARRATIVE: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* **PAGE ITEMIZATION**

**PAGE NUMBER:** 11
**DOCUMENT TYPE:** QUARTERLY REVIEW OF CS – DEA 6 PAGE 1 OF 1

**DATE:** APRIL 8, 1991

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1,3-5 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; DETAILS; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 12
**DOCUMENT TYPE:** 90 DAY DEBRIEFING OF CS – DEA 6

**DATE:** MAY 7, 1991

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,11,12&14; NARRATIVE: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF INDIVIDUAL |
| INDEXING SECTION | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 13
**DOCUMENT TYPE:** QUARTERLY REVIEW OF CS -- DEA 6 PAGE 1 OF 1

**DATE:** JULY 1, 1991

( ) RELEASED
( X ) WITHHELD

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1,3-5 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C) (b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; DETAILS; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

**PAGE NUMBER:** 14
**DOCUMENT TYPE:** DEACTIVATION OF CS – DEA 6

**DATE:** SEPTEMBER 26, 1991

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D)<br>(b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C)<br>(b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 2,4; NARRATIVE: PARA 1,3-5 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE CS IDENTIFIER CODE |
| | THIRD-PARTY IDENTIFIER | (b)(7)(C)<br>(b)(7)(D) | CS IDENTIFIER CODE |
| BLOCKS 5,12&14; NARRATIVE: PARA BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |

**PAGE NUMBER:** 15 - 16

**DOCUMENT TYPE:** INVESTIGATIVE REPORT – DEA-6 PAGES 1 AND 2 OF 2

**DATE:** OCTOBER 19, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4, 10; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

**PAGE NUMBER:** 17 - 18
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 PAGES 1 AND 2 OF 2

**DATE:** OCTOBER 23, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4, 10; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

PAGE NUMBER: 19 - 29
DOCUMENT TYPE: INTERVIEW WITH CS, Part 1 – DEA-6 & 6a PAGES 1-11 OF 11

DATE: OCTOBER 23, 2000

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; SYNOPSIS; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-11: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; PAGES 1-2: DETAILS PARA 1 | NAMES & SIGNATURES OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |

**PAGE NUMBER:** 30 - 31
**DOCUMENT TYPE:** INITIAL DEBRIEFING OF CS – DEA-6 7 6A pages 1 and 2 of 2

**DATE:** OCTOBER 23, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4, 10; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTIFIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE NUMBER:** 32 - 47

**DOCUMENT TYPE:** INITIAL DEBRIEFING OF CS, PART 2 – DEA-6 PAGE 1-16 OF 16

**DATE:** OCTOBER 23, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4, 10; PAGES 2-16: BLOCK 2 | INTERNAL MARKINGS & IDENTIFIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12&14; PAGES 1-2: DETAILS PARA 2-6; PAGE 16: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS |
| PAGES 15-16: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE NUMBER:** 48 - 50
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA DEA-6 & 6a PAGES 1-3 OF 3

**DATE:** OCTOBER 24, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4, 10; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 1-3; PAGES 2-3: CUSTODY OF EVIDENCE: PARA 1-4 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

Vaughn PAGE ITEMIZATION

PAGE NUMBER: 51 - 58
DOCUMENT TYPE: Debriefing of CS – DEA-6 & 6a PAGES 1-8 OF 8

DATE: OCTOBER 29, 2000

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-8: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; NARRATIVE; PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 7-8: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 59 - 60
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1 AND 2 OF 2

**DATE:** NOVEMBER 1, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE NUMBER:** 61 - 62
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 AND 6a PAGES 1 AND 2 OF 2

**DATE:** NOVEMBER 1, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER: 63 - 64
DOCUMENT TYPE: REPORT OF INVESTIGATION – DEA-6 AND 6a PAGES 1 AND 2 OF 2

DATE: NOVEMBER 2, 2000

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Vaughn PAGE ITEMIZATION

PAGE NUMBER: 65 - 66
DOCUMENT TYPE: REPORT OF INVESTIGATION – DEA-6 AND 6a Pages 1 AND 2 OF 2

DATE: NOVEMBER 4, 2000

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGE 2: PARA 1-2 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 67 - 68
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 AND 6a PAGES 1 AND 2 OF 2

**DATE:** NOVEMBER 5, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 69 - 71
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-3 OF 3

**DATE:** NOVEMBER 6, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 1; PAGE 3: CUSTODY OF EVIDENCE: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 72 - 75
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 AND 6a PAGES 1-4 OF 4

**DATE:** NOVEMBER 9, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-4: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 4: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 76 - 77
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 AND 6a PAGES 1 AND 2 OF 2

**DATE:** NOVEMBER 14, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; CUSTODY OF EVIDENCE: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS PARA 1; CUSTODY OF EVIDENCE: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 78 - 84
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA 6 AND 6a PAGES 1 - 7 OF 7

**DATE:** NOVEMBER 14, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 6-7: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 85 - 88

**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 PAGES 1-4 OF 4

**DATE:** NOVEMBER 22, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION AND FINANCIAL INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-6: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 3-4: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

***Vaughn* PAGE ITEMIZATION**

**PAGE NUMBER:**
**DOCUMENT TYPE:**

**DATE:**

**( ) RELEASED**
**( ) WITHHELD**

**TO:**

**FROM:**

**PURPOSE:**

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|

PAGE NUMBER: 89 - 94
DOCUMENT TYPE: REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-6 OF 6

DATE: NOVEMBER 27, 2000

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-6: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 6: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 95 - 99

**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-5 OF 5

**DATE:** NOVEMBER 28, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
| --- | --- | --- | --- |
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-5: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGE 5: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Vaughn PAGE ITEMIZATION

PAGE NUMBER: 100 - 105
DOCUMENT TYPE: Quarterly Review – DEA-6 & 6a PAGE 1-6 OF 6

DATE: NOVEMBER 28, 2000

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-6: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; NARRATIVE; PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 6: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE NUMBER:** 106 - 110
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA 67 6a PAGES 1 - 5 OF 5

**DATE:** NOVEMBER 28, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-5: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGE 5: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER:
DOCUMENT TYPE:

DATE:

( ) RELEASED
( ) WITHHELD

TO:

FROM:

PURPOSE:

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|

**PAGE NUMBER:** 111 - 112
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA 6 & 6a PAGES 1 AND 2 OF 2

**DATE:** DECEMBER 1, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 113 - 115
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-3 OF 3

**DATE:** DECEMBER 12, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS: PARA 1; PAGES 2-3: PARA 6-9; CUSTODY OF EVIDENCE: PARA 1-2 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE NUMBER:** 116 - 118
**DOCUMENT TYPE:** DEBRIEFING OF CS – DEA-6 & 6a PAGES 1-3 OF 3

**DATE:** DECEMBER 12, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 119 - 121
**DOCUMENT TYPE:** Debriefing of CS – DEA-6 & 6a PAGES 1-3 OF 3

**DATE:** DECEMBER 14, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2, 10; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 11,12&14; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Vaughn PAGE ITEMIZATION

PAGE NUMBER: 122 - 124
DOCUMENT TYPE: REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-3 OF 3

DATE: DECEMBER 14, 2000

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; BOTTOM MARGIN; DETAILS: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 125 - 127
**DOCUMENT TYPE:** DEBRIEFING OF CS – DEA 6 & 6a PAGES 1-3 OF 3

**DATE:** JANUARY 5,2001

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED AND FINANCIAL INFORMATION: PARA 1; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 3: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE NUMBER:** 128 - 134
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-5 OF 5

**DATE:** JANUARY 12, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 2 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-5: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 11,12&14; SYNOPSIS; DETAILS: PARA 1; BOTTOM MARGIN; PAGE 4: PARA 8,12,13 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGE 5: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 133 - 134
**DOCUMENT TYPE:** QUARTERLY MANAGEMENT REVIEW OF CS – DEA 6 & 6a PAGES 1-2 OF 2

**DATE:** JANUARY 19, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12&14; DETAILS PARA 2,3 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 135 - 142
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA 6 & 6A PAGES 1 - 8 OF 8

**DATE:** JANUARY 22, 2001

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION: PARA 1; CUSTODY OF EVIDENCE: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-8: BLOCK 2 | INTERNAL MARKINGS & IDENTIFIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; PAGE 7: CUSTODY OF EVIDENCE: PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 7-8: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER:
DOCUMENT TYPE:

DATE:

( ) RELEASED
( ) WITHHELD

TO:

FROM:

PURPOSE:

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
| --- | --- | --- | --- |

PAGE NUMBER: 143 - 144
DOCUMENT TYPE: REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-2 0F 2

DATE: JANUARY 22, 2001

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 1,2,4; CUSTODY OF EVIDENCE | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

PAGE NUMBER: 145 - 149
DOCUMENT TYPE: QUARTERLY DEBRIEFING OF CS – DEA-6 & 6a PAGES 1-5 OF 5

DATE: February 14, 2001

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION: PARA 1; | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-5: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION: PARA 1; PAGE 5: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 4-5: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:**
**DOCUMENT TYPE:**

**DATE:**

( ) RELEASED
( ) WITHHELD

**TO:**

**FROM:**

**PURPOSE:**

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|

**PAGE NUMBER:** 150 - 156
**DOCUMENT TYPE:** DEBRIEFING OF CS – DEA-6 & 6a PAGES 1-7 OF 7

**DATE:** FEBRUARY 21, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
| --- | --- | --- | --- |
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 157 -159
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-3 OF 3

**DATE:** FEBRUARY 21, 2001

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1; CUSTODY OF EVIDENCE: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS; PARA 1,2; PAGES 2: CUSTODY OF EVIDENCE: PARA 1; PAGE 3: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER:
DOCUMENT TYPE:

DATE:

( ) RELEASED
( ) WITHHELD

TO:

FROM:

PURPOSE:

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|

Vaughn PAGE ITEMIZATION

**PAGE NUMBER:** 160 - 172
**DOCUMENT TYPE:** DEBRIEFING OF CS – DEA-6 & 6a PAGES 1-13 OF 13

**DATE:** FEBRUARY 22, 2001

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DETAILS: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-13: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,12&14; DRUG RELATED INFORMATION: PARA 1; PAGES 3-10: PARA 7,13-15,24,26,31, 35; PAGE 13: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 12-13: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER:
DOCUMENT TYPE:

DATE:

( ) RELEASED
( ) WITHHELD

TO:

FROM:

PURPOSE:

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
| --- | --- | --- | --- |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 173 - 176
**DOCUMENT TYPE:** DEBRIEF OF CS – DEA-6 & 6a PAGES 1-4 OF 4

**DATE:** FEBRUARY 26, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; SYNOPSIS | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-4: BLOCK 2 | INTERNAL MARKINGS & IDENTIFIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,12&14; DETAILS PARA 1,2; BOTTOM MARGIN; | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGES 2-3: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 177 - 178
**DOCUMENT TYPE:** QUARTERLY MANAGEMENT REVIEW OF CS – DEA-6 & 6a PAGES 1-2 OF 2

**DATE:** MARCH 30, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12&14; PAGES 1-2: DETAILS PARA 2-3; | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 179 - 183
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-5 OF 5

**DATE:** APRIL 10, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; DETAILS: PARA 1,3 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-5: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12&14; DETAILS: PARA 1-2; PAGES 2-5: PARA 4-11,13-16; PAGE 5: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 184 - 186
**DOCUMENT TYPE:** DEBRIEFING OF CS – DEA-6 & 6a PAGES 1-3 OF 3

**DATE:** APRIL 17, 2001

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12&14; DRUG RELATED INFORMATION: PARA 1; PAGES 3: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS AND LAW ENFORCEMENT PERSONNEL |
| PAGE 3: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

**PAGE NUMBER:** 187 - 188
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 7 6a PAGES 1-2 OF 2

**DATE:** APRIL 18, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2; DETAILS: PARA 2 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS; PAGE 2: DISTRIBUTION | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 1: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 189 - 190
**DOCUMENT TYPE:** DEACTIVATION OF CS – DEA-6 & 6a PAGES 1-2 OF 2

**DATE:** JUNE 27, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 3, 10; PAGES 1-2: DETAILS: PARA 1,3,5,7 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12&14; PAGES 1-2: DETAILS: PARA 2-5 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

**PAGE NUMBER:** 191 - 196
**DOCUMENT TYPE:** INTERVIEW OF DEACTIVATED CS – DEA-6 PAGES 1-6 OF 6

**DATE:** JUNE 26, 2002

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 2, 10; DRUG RELATED INFORMATION: PARA 1 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-6: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DRUG RELATED INFORMATION; PARA 1 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGES 5-6: INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) (b)(7)(F) | NAMES OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE NUMBER:** 197 - 208
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-12 OF 12

**DATE:** JUNE 26, 2002

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 10; SYNOPSYS; PAGE 6 PARA2 6,7 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-12: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 11,12&14; DETAILS; PAGES 1,3-11: PARA 1-2,3-20 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 209 - 214
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-6 OF 6

**DATE:** MARCH 7, 2003

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; SYNOPSIS; DETAILS: PARA 2; CUSTODY OF EVIDENCE: EXHIBIT N-101, 103, 104, 109 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCK 4; PAGES 2-6: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,12&14; PAGES 1-4: DETAILS: PARA 1,2,4-14; CUSTODY OF EVIDENCE: PAGES 4-6: PARA N-01,102,103,104,105, 107,108,109 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 6: INDEXING | THIRD-PARTY NAMES | (b)(7)(C) | NAMES OF THIRD-PARTY |

SECTION (b)(7)(F)

*Vaughn* PAGE ITEMIZATION

INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES (b)(7)(E) THIRD-PARTY NADDIS IDENTIFIER CODES

**PAGE NUMBER:**
**DOCUMENT TYPE:**

**DATE:**

( ) **RELEASED**
( ) **WITHHELD**

**TO:**

**FROM:**

**PURPOSE:**

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 215 - 216
**DOCUMENT TYPE:** DEACTIVATION OF CS – DEA-6 AND 6a PAGES 1 AND 2 OF 2

**DATE:** MARCH 7, 2003

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 3, 10; DETAILS: PARA 1-3,5-7; PAGE 2: BLOCK 1; PARA 5-7 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,12&14; PAGES 1-2: DETAILS: PARA 2,4; PAGE 2: BOTTOM | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 217 - 218
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-2 OF 2

**DATE:** MARCH 24, 2004

( ) RELEASED
( X ) WITHHELD

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
| --- | --- | --- | --- |
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 3, 10 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(7)(E) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; PAGES 1-2: DETAILS PARA 2-6; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |
| PAGE 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) (b)(7)(F) | NAME OF THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(E) | THIRD-PARTY NADDIS IDENTIFIER CODE |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 219 - 220
**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-2 OF 2

**DATE:** JULY 31, 2006

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE AND CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 3, 10; PAGE 1-2: DETAILS: PARA 1-4 | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(C) (b)(7)(E) | CS IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9,11,12&14; DETAILS: PARA 2,3 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 221 - 222

**DOCUMENT TYPE:** REPORT OF INVESTIGATION – DEA-6 & 6a PAGES 1-2 OF 2

**DATE:** JULY 31, 2006

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCKS 5, 9,11,12&14 | NAMES, SIGNATURES & INITIALS OF LAW ENF.PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 223 - 224
**DOCUMENT TYPE:** PERSONAL HISTORY REPORT – DEA-202 PAGES 1 AND 2 OF 2

**DATE:** AUGUST 25, 1989

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 59,60,62,63, 65 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 57a,b` | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES OF THIRD-PARTYS/PERSONAL INFORMATION |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER: 225 - 226
DOCUMENT TYPE: CONFIDENTIAL SOURCE ESTABLISHMENT – DEA-512 PAGES 1 AND 2 OF 2

DATE: OCTOBWE 23, 2000

( ) RELEASED
( X ) WITHHELD

TO: CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D)<br>(b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C)<br>(b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 2: BLOCKS 42c,d,43 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| PAGE 2: BLOCK 42b | INTERNAL TELEPHONE NUMBER | (b)(2) | TELEPHONE NUMBER |

**PAGE NUMBER:** 227
**DOCUMENT TYPE:** INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

**DATE:** NOVEMBER 27, 1989

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D)<br>(b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C)<br>(b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C)<br>(b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

**PAGE NUMBER:** 228
**DOCUMENT TYPE:** INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

**DATE:** DECEMBER 9, 1989

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

**PAGE NUMBER:** 229
**DOCUMENT TYPE:** INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

**DATE:** MARCH 14, 1990

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

Vaughn PAGE ITEMIZATION

PAGE NUMBER: 230

DOCUMENT TYPE: INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

DATE: MARCH 27, 1990

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

PAGE NUMBER: 231
DOCUMENT TYPE: INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

DATE: APRIL 13, 1990

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 232
**DOCUMENT TYPE:** INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

**DATE:** MAY 3, 1990

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

**PAGE NUMBER:** 233
**DOCUMENT TYPE:** INFORMATION AND PAYMENT OF EVIDENCE – DEA-103

**DATE:** MAY 15, 1990

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 234
**DOCUMENT TYPE:** PURCHASE OF EVIDENCE – DEA-103

**DATE:** MAY 16, 1990

( ) RELEASED
( X ) WITHHELD

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
| --- | --- | --- | --- |
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 2, 9, 13 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| BLOCK 7, 8 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| BLOCK 7, 8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY NAME & INVESTIGATIVE INFORMATION |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BYCONFIDENTIAL SOURCE |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER: 235
DOCUMENT TYPE: COOPERATING INDIVIDUAL AGREEMENT – DEA-473

DATE: SEPTEMBER 11, 1989

( ) RELEASED
( X ) WITHHELD

TO: CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | SIGNATURE OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | SIGNATURES OF DEA SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 236
**DOCUMENT TYPE:** CONFIDENTIAL SOURCE AGREEMENT – DEA-473

**DATE:** OCTOBER 18, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | IDENTITY OF CONFIDENTIAL SOURCE |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | SIGNATURE OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | SIGNATURES OF DEA SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 237
**DOCUMENT TYPE:** SIGNED STATEMENT OF CS

**DATE:** JANUARY 4, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER: 238
DOCUMENT TYPE: STATEMENT OF CS

DATE: JANUARY 4, 2001

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

**PAGE NUMBER:** 239
**DOCUMENT TYPE:** STATEMENT OF CS

**DATE:** JANUARY 4, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

**PAGE NUMBER:** 240
**DOCUMENT TYPE:** SIGNED STATEMENT OF CS

**DATE:** JANUARY 4, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

**PAGE NUMBER:** 241
**DOCUMENT TYPE:** SIGNED STATEMENT OF CS

**DATE:** JANUARY 4, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 242 - 243
**DOCUMENT TYPE:** SIGNED STATEMENT OF CS – PAGES 1 AND 2 OF 2

**DATE:** JANUARY 4, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 244 - 245
**DOCUMENT TYPE:** STATEMENT OF CS – PAGES 1 AND 2 OF 2

**DATE:** JANUARY 4, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 246
**DOCUMENT TYPE:** STATEMENT OF CS

**DATE:** JANUARY 4, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

**PAGE NUMBER:** 247
**DOCUMENT TYPE:** STATEMENT OF CS

**DATE:** JANUARY 5, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 248
**DOCUMENT TYPE:** SIGNED STATEMENT OF CS

**DATE:** JANUARY 5, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

PAGE NUMBER: 249
DOCUMENT TYPE: SIGNED STATEMENT OF CS

DATE: JANUARY 5, 2001

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 250
**DOCUMENT TYPE:** STATEMENT OF CS

**DATE:** JANUARY 5, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

**PAGE NUMBER:** 251
**DOCUMENT TYPE:** SIGNED STATEMENT OF CS

**DATE:** JANUARY 5, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D)<br>(b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C)<br>(b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C)<br>(b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

PAGE NUMBER: 252
DOCUMENT TYPE: STATEMENT OF CS

DATE: JANUARY 5, 2001

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY AND INFORMATION |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) (b)(7)(F) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE BOTTOM | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 253 - 254
**DOCUMENT TYPE:** NADDIS QUERY RESULTS – PAGES 1 AND 2 OF 2

**DATE:** OCTOBER 16, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D)<br>(b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C)<br>(b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTIES |
| | INVESTIGATIVE METHODS, PRACTICES AND PROCEDURES | (b)(7)(E) | INTERNAL INVESTIGATIVE PRACTICES, METHODS AND PROCEDURES |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 255 - 257
**DOCUMENT TYPE:** CRIMINAL HISTORY DETAILED RECORD – CLETS PAGE 1 TO 3 OF 3

**DATE:** OCTOBER 25, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 258 - 259
**DOCUMENT TYPE:** FBI IDENTIFICATION RECORD – CLETS PAGES 1 AND 2 OF 2

**DATE:** OCTOBER 25, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

**PAGE NUMBER:** 260 - 262
**DOCUMENT TYPE:** III CRIMINAL HISTORY REPORT – PAGE 1 TO 3 OF 3

**DATE:** JANUARY 2, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D)<br>(b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C)<br>(b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 263 - 265
**DOCUMENT TYPE:** III CRIMINAL HISTORY REPORT – PAGES 1 TO 3 OF 3

**DATE:** MARCH 30, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 266 - 268
**DOCUMENT TYPE:** CRIMINAL HISTORY REPORT – PAGE 1 TO 3 OF 3

**DATE:** OCTOBER 16, 2000

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

**PAGE NUMBER:** 269 - 270
**DOCUMENT TYPE:** FBI IDENTIFICATION RECORD – PAGE 1 TO 2 OF 2

**DATE:** JANUARY 2, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 271 - 272
**DOCUMENT TYPE:** NCIC INDEX – PAGES 1 TO 2 OF 2

**DATE:** JANUARY 2, 2001

( ) RELEASED
( X ) WITHHELD

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 273 - 274
**DOCUMENT TYPE:** FBI IDENTIFICATION RECORD – PAGE 1 TO 2 OF 2

**DATE:** MARCH 30, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 275
**DOCUMENT TYPE:** FBI INTERSTATE IDENTIFICATION RECORD

**DATE:** MARCH 30, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 276 - 277
**DOCUMENT TYPE:** FBI INTERSTATE IDENTIFICATION RECORD – PAGES 1 TO 2 OF 2

**DATE:** OCTOBER 16, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 278 - 279
**DOCUMENT TYPE:** FBI CRIMINAL HISTORY DETAILED RECORD

**DATE:** NOVEMBER 17, 2000

( ) RELEASED
( X ) WITHHELD

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 280 - 282
**DOCUMENT TYPE:** 11 POINT RISK ASSESSMENT – PAGE 1 TO 3 OF 3

**DATE:** UNDATED

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D)<br>(b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| | THIRD-PARTY NAME & INFORMATION | (b)(7)(C)<br>(b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

**PAGE NUMBER:** 283
**DOCUMENT TYPE:** TELETYPE ADVISING OF TRAVEL BY TWO DETECTIVES AND CS

**DATE:** NOVEMBER 20, 1989

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| SUBJ:; PARA 3 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(7)(C) (b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| PARA 2 | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |
| PARA 1,3,4; BOTTOM | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS & LAW ENFORCEMENT PERSONNEL |

Vaughn PAGE ITEMIZATION

PAGE NUMBER: 284
DOCUMENT TYPE: TELETYPE Approval

DATE: APRIL 24, 2003

( ) RELEASED
( X ) WITHHELD

TO: INVESTIGATIVE CASE FILE & CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D)<br>(b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| SUBJ:; PARA 1 | INTERNAL MARKINGS, IDENTI- FIERS, AND OR PROCEDURES | (b)(7)(C)<br>(b)(7)(E) | DEA INFORMANT IDENTIFIER CODE |
| PARA 2 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES OF LAW ENFORCEMENT PERSONNEL |
| PARA 2 | INTERNAL TELEPHONE NUMBER | (b)(2) | TELEPHONE NUMBER |

**PAGE NUMBER:** 285 - 293
**DOCUMENT TYPE:** CRIMINAL FELONY DOCKET FOR TULSA COUNTY, OKLAHOMA DISTRICT COURT PAGES 1 TO 9 OF 9
**DATE:** MARCH 24, 2004

( ) RELEASED
( X ) WITHHELD

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE DOCUMENT | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

**Vaughn PAGE ITEMIZATION**

**PAGE NUMBER:** 294 - 320
**DOCUMENT TYPE:** CRIMINAL FELONY DOCKET FOR TULSA COUNTY, OKLAHOMA DISTRICT COURT PAGES 1 TO 27 OF 27
**DATE:** JULY 31, 2006

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE DOCUMENT | THIRD-PARTY NAME & INFORMATION | (b)(7)(C) (b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

*Vaughn* PAGE ITEMIZATION

**PAGE NUMBER:** 321 - 324
**DOCUMENT TYPE:** POTTAWATTAMIE COUNTY KANSAS COURT ORDER

**DATE:** AUGUST 21, 2001

( ) **RELEASED**
( X ) **WITHHELD**

**TO:** CONFIDENTIAL SOURCE FILE

**FROM:** DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE DOCUMENT | THIRD-PARTY NAME & INFORMATION | (b)(7)(C)<br>(b)(7)(F) | NAME AND INFORMATION RELATED TO THIRD-PARTY |

Vaughn PAGE ITEMIZATION

PAGE NUMBER: 325
DOCUMENT TYPE: LETTER TO CALIFORNIA HIGHWAY PATROL INVESTIGATOR

DATE: FEBRUARY 28, 2001

( ) RELEASED
( X ) WITHHELD

TO: CONFIDENTIAL SOURCE FILE

FROM: DEA SPECIAL AGENT

PURPOSE: FURTHERANCE OF CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| ENTIRE REPORT | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) (b)(7)(F) | CONFIDENTIAL SOURCE IDENTITY |
| PARA 1,2,4 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF LAW ENFORCEMENT PERSONNEL |
| PARA 4 | INTERNAL TELEPHONE NUMBER | (b)(2) | TELEPHONE NUMBER |