MARK RUMOLD (SBN 279060)
1333 Gough St., Apt 12G
San Francisco, CA 94109
(415) 694-1639
mark.rumold@gmail.com

Attorney for Plaintiff
William Pickard

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM LEONARD PICKARD, | Case No.: 3:06-cv-00185-CRB |
| Plaintiff, | **STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE AND ORDER** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | Hon. Charles R. Breyer<br>Ctrm. 6, 17th Floor |

Subject to the approval of the court, the parties hereby respectfully request a case management conference in the above captioned matter.

On September 28, 2012, the Court ordered Defendant to produce a *Vaughn* index and, by minute order, terminated the parties' cross-motions for summary judgment. Defendant produced a *Vaughn* index on October 3, 2012. No further action in the case has occurred since that date.

The parties therefore seek the Court's guidance on further proceedings in the case. The parties request that a case management conference be scheduled for July 12, 2013, or as soon thereafter as is convenient for the Court.

Respectfully submitted,

Dated:  June 19, 2013

By:  \_\_\_/s/ Mark Rumold_____
MARK RUMOLD
Attorney for Plaintiff

MELINDA HAAG
United States Attorney

Dated:  June 19, 2013

By:  \_\_/s/ Neill Tseng (by permission)
NEILL T. TSENG
Assistant United States Attorney
Attorney for Defendant

\*   \*   \*   \*   \*

**DECLARATION PURSUANT TO LOCAL RULE 5.1**

I, Mark Rumold, hereby declare pursuant to Local Rule 5.1 that I have obtained Defendants' concurrence in the filing of this document from Neill T. Tseng, Counsel for Defendant.

Executed on June 19, 2013, in San Francisco, California.

/s/ Mark Rumold
Mark Rumold

**ORDER**

A Case Management Conference in the above captioned matter is hereby scheduled for July 12, 2013. **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  June 17, 2013

_____
HONORABLE
UNITED STATES                    JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*