MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PICKARD,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | CASE NO. C 06-0185 CRB<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO STAY** |

On October 8, 2013, in light of the lapse of federal appropriations to the Department of Justice, Defendant United States Department of Justice moved this Court for an order to stay this case. Good cause appearing, Defendant's motion is hereby GRANTED. This case is hereby stayed until the shutdown of the federal government has ended and relevant appropriations to the Department of Justice have been restored.

IT IS SO ORDERED.

DATED: October 10, 2013

_____
HON.
United                    Judge Charles R. Breyer

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO STAY
C 06-0185 CRB    1