MARK RUMOLD (SBN 279060)
1333 Gough St., Apt 12G
San Francisco, CA 94109
(415) 694-1639
mark.rumold@gmail.com

Attorney for Plaintiff
William Pickard

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM LEONARD PICKARD, | Case No.: 3:06-cv-00185-CRB |
| Plaintiff, | **STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING AND ORDER** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | Hon. Charles R. Breyer<br>Ctrm. 6, 17th Floor |

Subject to the approval of the Court, the parties hereby stipulate and respectfully request entry of an order lifting the stay in this case (*see* ECF No. 181) and establishing the following summary judgment briefing schedule:

(1) Defendant's Motion for Summary Judgment – January 7, 2014 (1 brief, 15-page limit);

(2) Plaintiff's Opposition and Cross Motion for Summary Judgment – January 21, 2014 (1 brief, 15-page limit);

(3) Defendant's Opposition and Reply – February 11, 2014 (1 brief, 15-page limit);

(4) Plaintiff's Reply – February 25, 2014 (1 brief, 10-page limit).

Hearing – March 28, 2014, 10:00 a.m.

In light of the previous round of summary judgment briefing (*see* ECF Nos. 140, 152, 161, 162), the parties anticipate incorporating by reference arguments made in those briefs into the forthcoming motions for summary judgment.

Respectfully submitted,

Dated: November 1, 2013

By: \_\_\_/s/ Mark Rumold_____
MARK RUMOLD
Attorney for Plaintiff

MELINDA HAAG
United States Attorney

Dated: November 1, 2013

By: \_\_/s/ Neill Tseng (by permission)
NEILL T. TSENG
Assistant United States Attorney
Attorney for Defendant

* * * * *

**DECLARATION PURSUANT TO LOCAL RULE 5.1**

I, Mark Rumold, hereby declare pursuant to Local Rule 5.1 that I have obtained Defendants' concurrence in the filing of this document from Neill T. Tseng, Counsel for Defendant.

Executed on November 1, 2013, in San Francisco, California.

/s/ Mark Rumold
Mark Rumold

* * * * *

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 31, 2013

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*