MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PICKARD, | CASE NO. C 06-0185 CRB |
| Plaintiff, | **ERRATA RE DOC. #189** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

    Defendant writes to clarify and correct an argument made in Doc. #189. Defendant stated, "Plaintiff has not offered any argument regarding adequacy of search and thus it is conceded." Doc. #189 at 20:22 (header page number). Correspondingly, in its summary of argument, Defendant stated, "Finally, Plaintiff has not raised any argument as to adequacy of search . . . ." Id. at 6:16 (header page number). While Plaintiff, in his cross-motion for partial summary judgment (Doc. #188), did not move for partial summary judgment himself on the adequacy-of-search issue, he did ask the Court to deny Defendant's fourth motion for summary judgment concerning adequacy of search based on purported genuine issues of material fact. Doc. #188, § IV.E. Defendant addressed those issues in its reply/opposition. Doc. #189, § II.H.

ERRATA RE DOC. #189
C 06-0185 CRB

1  Respectfully submitted,

2  MELINDA HAAG
   United States Attorney

3

4  DATED: February 19, 2014                    /s/
   NEILL T. TSENG
5  Assistant United States Attorney
   Attorneys for Defendant
6