1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
6      FAX: (415) 436-6748
       neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES DEPARTMENT OF JUSTICE

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                               SAN FRANCISCO DIVISION

12

13  WILLIAM PICKARD,                    )  CASE NO. C 06-0185 CRB
                                        )
14       Plaintiff,                     )  **DEFENDANT'S ADMINISTRATIVE MOTION**
                                        )  **FOR CLARIFICATION OF MAY 7, 2014,**
15       v.                             )  **ORDER**
                                        )
16  UNITED STATES DEPARTMENT OF         )  No Hearing Date
    JUSTICE,                            )
17                                      )  Honorable Charles R. Breyer
         Defendant.                     )
18                                      )
                                        )
19  _____ )

20       Pursuant to Civil L.R. 7-11, Defendant hereby files this administrative motion to request

21  clarification of the Court's May 7, 2014, Order Vacating Hearing, Denying Cross-Motions for Summary

22  Judgment, and Ordering Submission of Materials for <u>In Camera</u> Review directing, *inter alia*, "within

23  thirty (30) days of this Order, the government is ORDERED to submit . . . <u>(2) all of the responsive</u>

24  <u>documents that the government continues to withhold in full or in part</u> to Magistrate Judge Nathanael

25  Cousins for <u>in camera</u> review . . . ." Doc. #198 at 11 (underlining in original). Pursuant to stipulation,

26  the Court subsequently extended the deadline to submit the documents to June 27, 2014. Doc. #200.

27       Because any records responsive to Plaintiff's request would be contained in informant files that

28  are sensitive, are ordinarily maintained in a highly secure location within DEA offices and subject to

strict controls, the government respectfully seeks guidance on the following issues:

**1. Does the Court require the original records or would the Court be amenable to conducting its review of a copy of the records?**

The DEA Agents Manual, Section 6612.92, provides:

F. Judicial Access.  On an individual basis, a prosecutor or judge may be granted access to CS files as necessary.  \*\*If a prosecutor or a judge requests to examine CS files, CCM must be contacted\*\*.  Such examination will, if possible, be conducted in the DEA office.  If a CS file is to be reviewed by a prosecutor or judge outside the DEA office, the file must be hand delivered by a DEA SA who will remain until the review is completed and will return the file to the DEA office on the same day.

DEA does not typically make copies of documents contained in a confidential source file. Accordingly,

**2. Would the Court allow a DEA Special Agent to deliver the records to the Court for its review at a time specific and allow a DEA Special Agent to remain until the records are reviewed, or retrieve the files at the end of each day, so that the files can remain stored in the DEA's office when they are not being reviewed?**

                                              Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

DATED: June 18, 2014                                /s/
                                              NEILL T. TSENG
                                              Assistant United States Attorney
                                              Attorneys for Defendant