UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CIVIL MOTION MINUTES

Date:     June 25, 2014

Case No:   3:06-cv-00185 CRB

Case Name:   **William Pickard v. Department of Justice**

Counsel for Plaintiff:   Mark Rumold

Counsel for Defendant:   Neil Tseng

Deputy Clerk:   Lili M. Harrell          FTR: 2:45pm - 2:49pm
                                         Time:   04 min

**PROCEEDINGS:**                                **RULINGS:**

Defendant's Motion for Clarification of May 7, 2014 Order [201]     Held

**ORDER:**

Defendant must submit documents for in camera review to Judge Cousins' chambers by 5:00 p.m. on Friday, June 27. The Court will accept copies or originals. No DEA agent will be permitted to stay in chambers during review. The Court will secure the documents during the review and return the documents to defendant after completing the review.