

United States Attorney
Northern District of California

*9th Floor, Federal Building*  (415)436-7155
*450 Golden Gate Ave., Box 36055*  FAX: (415) 436-6748
*San Francisco, CA 94102-3495*  neill.tseng@usdoj.gov

**VIA ECF**

March 3, 2015

Honorable Nathanael M. Cousins
United States Magistrate Judge
United States District Court
Robert F. Peckham Federal Bldg.
280 S. 1st St.
San Jose, CA 95113

    Re:    *Pickard v. Dep't of Justice*
             Case No. C 06-00185 CRB (NC)

Dear Magistrate Judge Cousins:

    The DEA previously submitted a copy of the documents at issue to Your Honor's chambers for *in camera* review. Now that the review has been completed, the DEA respectfully requests that the documents be returned to it. See ECF No. 206. The DEA would be happy to send someone to retrieve the documents at the Court's convenience. The DEA is also willing to resubmit the documents to the Court when it submits an updated Vaughn index pursuant to the Court's order filed February 19, 2015 (ECF No. 210).

    Very truly yours,

    MELINDA HAAG
    United States Attorney

    /s/
    NEILL T. TSENG
    Assistant United States Attorney

cc:    Mark Rumold (via ECF)