UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEONARD PICKARD,<br>    Plaintiff,<br>    v.<br>DEPARTMENT OF JUSTICE,<br>    Defendant. | Case No. 06-cv-00185 CRB (NC)<br><br>**ORDER RE: VAUGHN INDEXED DOCUMENTS FOR IN CAMERA REVIEW** |

The DEA previously submitted a copy of "Vaughn Indexed Documents" to this Court for *in camera* review. Now that the review has been completed, and the Court issued its order concerning the Vaughn Index's sufficiency, Dkt. No. 219, the DEA may retrieve the documents. To do so, the DEA must make arrangements with Courtroom Deputy Lili Harrell at (408) 535-5343.

**IT IS SO ORDERED.**

Dated: August 4, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 06-cv-00185 CRB (NC)