# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEONARD PICKARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Case No. 06-cv-00185 CRB (NC)<br><br>**ORDER IN RESPONSE TO LETTER FROM PICKARD'S COUNSEL NOVEMBER 16, 2015**<br><br>Re: Dkt. No. 223 |

　　The Court orders the government to respond to Pickard's letter by November 23, 2015. Specifically: (1) does the government agree that "*in camera* review of the withheld records and a review of the propriety of the agency's withholding decisions" is now ripe for review? (2) if yes, confirm that the Court possesses all the withheld records; and (3) identify all legal authorities that the government asserts the Court should follow in its review of the agency's withholding decision.

　　Pickard may reply by November 30.

　　IT IS SO ORDERED.

　　Date: November 16, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 06-cv-00185 CRB (NC)