Mark Rumold (SBN 279060)
*mark.rumold@gmail.com*
1333 Gough St.
San Francisco, CA 94109
Telephone: (415) 694-1639

Attorney for Plaintiff

BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM PICKARD,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | CASE NO. C 06-0185 CRB (NC)<br><br>**STIPULATION TO EXTEND TIME; [PROPOSED] ORDER AS MODIFIED** |

Subject to the approval of the Court, the parties hereby stipulate as follows:

The government's response to the Court's Tentative Ruling Ordering Release of Documents Following In Camera Review (ECF No. 227) (the "Tentative Ruling"), currently due on February 8, 2016, will now be due on February 18, 2016. The reason for the requested extension is as follows: The government anticipates submitting a supplemental declaration from DEA attorney William Little as part of its response to the Court's tentative ruling. Mr. Little is located in Washington, D.C. Due to the

1 | recent blizzard, Mr. Little was unable to go to work from noon on January 22, 2016, through and
2 | including January 28, 2016. As a result, and combined with Mr. Little's other work requirements, the
3 | government respectfully requests additional time to submit its response to the Tentative Ruling.
4 |     Correspondingly, the parties also stipulate to continue the deadline for the status reports and the
5 | telephonic case management conference as follows:
6 |     <u>Government response to Tentative Ruling due</u>: February 18, 2016 (continued from February 8,
7 | 2016)
8 |     <u>Status reports due</u>: March 2, 2016 (continued from February 10, 2016)
9 |     <u>Telephonic case management conference</u>: March ~~9~~ 16, 2016, at 11:00 a.m. (continued from
10 | February 17, 2016, at 11:00 a.m.)
11 |     Plaintiff agrees to the requested extension, but states his position as follows: "As of Jan. 11,
12 | 2016, this case has now been pending for a decade. The government's overbroad and unjustifiable
13 | exemption claims have already dragged this case on for far, far too long, and -- unless the government
14 | intends to undertake a wholesale reevaluation of its position in this litigation -- additional time will not
15 | cure that problem. However, as a matter of professional courtesy, counsel for Mr. Pickard consents to
16 | the extension the government seeks. Mr. Pickard looks forward to expeditiously resolving this case."

19 | DATED: Jan 29, 2016      By: _____
   |                                        MARK RUMOLD
20 |                                        Attorney for Plaintiff

22 |                                        BRIAN J. STRETCH
   |                                        Acting United States Attorney

24 | DATED: 1/29/16      By: _____
   |                                        NEILL T. TSENG
25 |                                        Assistant United States Attorney
   |                                        Attorneys for Defendant

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED;** AS MODIFIED

4  DATED:  February 1, 2016                    By: _____
5                                                   HONORABLE NATHANAEL M. COUSINS
                                                     UNITED STATES MAGISTRATE JUDGE



STIPULATION TO EXTEND TIME; [PROPOSED] ORDER
C 06-0185 CRB (NC)                         3