UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEONARD PICKARD,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Case No. 06-cv-00185 CRB   (NC)<br><br>**ORDER RE: DOCUMENTS FOR IN CAMERA REVIEW** |

The government has objected to this Court's order to release documents following in camera review. Dkt. No. 244. District Court Judge Charles Breyer requires the documents for his in camera review. The DEA previously offered to pick up the documents. Dkt. No. 211. Accordingly, the DEA is ordered to retrieve the documents from our chambers on the 4th Floor, 280 S. First Street, San Jose, by 12:00 p.m. on June 24, 2016, and transport them promptly and securely to Judge Breyer at his San Francisco chambers. Pickup may be coordinated with the Courtroom Deputy at 408 535 5343.

**IT IS SO ORDERED.**

Dated: June 23, 2016

                                               NATHANAEL M. COUSINS
                                               United States Magistrate Judge

Case No. 06-cv-00185 CRB   (NC)