IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEONARD PICKARD, | No. 06-cv-00185-CRB |
| Plaintiff, | **ORDER REQUESTING ADDITIONAL INFORMATION FROM GOVERNMENT** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

The government has provided the Court with documents for in camera review in connection with the pending motion. However, it is unclear which of the provided documents contain "information Skinner has voluntarily disclosed to the public." See Order to Release Documents Following In Camera Review (dkt. 243) at 3. The government previously stated that "There is no record of any authorized release into the public domain of any report or document identified as responsive by the DEA," Little Decl. at 3, but this does not address what information Skinner has disclosed. Within three days of this Order, the government shall file an explanation stating which documents contain information that it contends Skinner has voluntarily disclosed to the public.

**IT IS SO ORDERED**

Dated: June 28, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE