IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEONARD PICKARD,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. C 06-00185 CRB<br><br>**ORDER REGARDING REQUEST FOR MORE INFORMATION** |

The government asserts that complying with the Court's Order Requesting Additional Information (dkt. 252) would be laborious and time consuming. See Response (dkt. 253). Good cause appearing therefor, the Court will stay the government's compliance at this time.

**IT IS SO ORDERED.**

Dated: July 6, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE