United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEONARD PICKARD,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant.<br>_____/ | No. C 06-00185 CRB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY AND TO RESCHEDULE HEARING** |

Plaintiff's request for leave to file a reply brief to Defendant's reply brief (dkt. 256) is DENIED as inappropriate. See Civil L.R. 7-3(d). The Court agrees with the government that "[t]his ten-year-old case does not need more unnecessary paper and more unnecessary briefing." Opp'n (dkt. 257) at 2. However, the Court GRANTS Plaintiff's request to the extent that it seeks to move the hearing date from September 16 to October 28, 2016 (a request in which the government joins).

**IT IS SO ORDERED.**

Dated: August 8, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\185\order re hearing.wpd